No. 90–6687. MEADOWS *v.* MEADOWS. Ct. App. Ohio, Belmont County. Certiorari denied.

No. 90–6699. WOLFENBARGER *v.* WOLFENBARGER. Ct. App. Kan. Certiorari denied.

No. 90–6700. VIA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6707. CASTLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6708. ALFANO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6709. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6716. BRUNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6718. ACOSTA *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–6722. BYRNE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6723. SWEATT *v.* NEWS WORLD COMMUNICATIONS, INC. C. A. D. C. Cir. Certiorari denied.

No. 90–6725. BUIE *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 90–6726. YOUNG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6730. KENNARD *v.* NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–6733. OAKLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6734. PAUL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.